Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

         Case No.: 18−21813−ABA
         Chapter: 13
         Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Eric N. Gandy
 40 Madison Lane
 Sicklerville, NJ 08081

Social Security No.:
 xxx−xx−1928

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:     8/22/18
Time:     09:00 AM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

  An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

  **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 12, 2018
JAN: jpl

              Jeanne Naughton
              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Eric N. Gandy  
    Debtor

Case No. 18-21813-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jun 12, 2018  
                       Form ID: 132     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.

```
db              +Eric N. Gandy,    40 Madison Lane,    Sicklerville, NJ 08081-4409
517585017       +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517585028       +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517585031       +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
517585032       +Raymour & Flanigan,    Attn: Bankruptcy,    Po Box 220,    Liverpool, NY 13088-0220
517585033       +Santander Consumer USA,    Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 12 2018 22:41:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 12 2018 22:40:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517585018        E-mail/Text: bankruptcy@bbandt.com Jun 12 2018 22:40:40      Bb&t,    Attn: Bankruptcy,
                 Po Box 1847,    Wilson, NC 27894
517585019       +E-mail/Text: bankruptcy@bbandt.com Jun 12 2018 22:40:40      BB&T Corporation,
                 Attn: Bankruptcy Dept,    200 West Second Street,    Winston-Salem, NC 27101-4049
517585020       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 12 2018 22:44:31      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517585021       +E-mail/Text: bankruptcy@cavps.com Jun 12 2018 22:41:13      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517585022       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 12 2018 22:41:36      Ccs Collections,
                 725 Canton St,    Norwood, MA 02062-2679
517585023       +E-mail/Text: bk.notifications@jpmchase.com Jun 12 2018 22:40:52      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517585024       +E-mail/Text: bankruptcy@connexuscu.org Jun 12 2018 22:41:38      Connexus Cu,    Attn: Bankruptcy,
                 Po Box 8026,    Wausau, WI 54402-8026
517585025       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 12 2018 22:44:48      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
517585027        E-mail/Text: mrdiscen@discover.com Jun 12 2018 22:40:28      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
517585029       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jun 12 2018 22:41:46      Mabt - Genesis Retail,
                 Bankcard Services,    Po Box 4477,    Beaverton, OR 97076-4401
517585030       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 12 2018 22:44:18
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
517585035       +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2018 22:44:28      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517585026     ##+Cumberland County Prob,    Po Box 636,    Bridgeton, NJ 08302-0438
517585034     ##+Susquehanna Bank Pa,    13511 Label Ln,    Hagerstown, MD 21740-2466
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Jun 12, 2018
                               Form ID: 132             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:

          Andrew B. Finberg    on behalf of Debtor Eric N. Gandy andy@sjbankruptcylaw.com, abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                TOTAL: 3