| United States Bankruptcy Court for the District of New Jersey | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Peter E. Meltzer, Esquire<br>Identification No. 047241995<br>**Weber Gallagher** 2000 Market Street, 13th Floor<br>Philadelphia, PA 19103<br>Phone No.: 267-295-3363<br>Fax No.: 215-564-7699<br>Attorneys for BB&T | |
| **In Re:**<br><br>**ERIC GANDY**<br><br>**Debtor** | |

Order Filed on October 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-21813-ABA
Hearing Date: October 2, 2018 at 10 AM
Judge: Andrew B. Altenburg, Jr.
Chapter: 13

Recommended Local Form:  ☐ Followed  ☒ Modified

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**:

**DATED: October 2, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

That, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to repossess and sell that certain 2010 Jeep Wagon, VIN 1J4HA5G16AL140896.

FURTHER ORDERED that Rule 4001(a)(3) should not be applicable to this Order and Movant should be allowed to immediately enforce and implement this Order.