| United States Bankruptcy Court for the District of New Jersey | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Peter E. Meltzer, Esquire<br>Identification No. 047241995<br>**Weber Gallagher** 2000 Market Street, 13th Floor<br>Philadelphia, PA 19103<br>Phone No.: 267-295-3363<br>Fax No.: 215-564-7699<br>Attorneys for BB&T | Order Filed on October 2, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>ERIC GANDY<br><br>**Debtor** | Case No.: 18-21813-ABA<br>Hearing Date: October 2, 2018 at 10 AM<br>Judge: Andrew B. Altenburg, Jr.<br>Chapter: 13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**:

**DATED: October 2, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

That, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to repossess and sell that certain 2010 Jeep Wagon, VIN 1J4HA5G16AL140896.

FURTHER ORDERED that Rule 4001(a)(3) should not be applicable to this Order and Movant should be allowed to immediately enforce and implement this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Eric N. Gandy  
    Debtor

Case No. 18-21813-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 03, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.  
db          +Eric N. Gandy,    40 Madison Lane,    Sicklerville, NJ 08081-4409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:

         Andrew B. Finberg    on behalf of Debtor Eric N. Gandy andy@sjbankruptcylaw.com, abfecf@gmail.com;finbergar39848@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Peter E. Meltzer    on behalf of Creditor    Branch Banking And Trust Company pmeltzer@wglaw.com, mrivera@wglaw.com  
         Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                 TOTAL: 7