Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18−21813−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric N. Gandy
   40 Madison Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1928

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/16/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 16, 2018
JAN: bc

                                      Jeanne Naughton
                                      Clerk

```
                              United States Bankruptcy Court
                                  District of New Jersey

In re:                                                                     Case No. 18-21813-ABA
Eric N. Gandy                                                              Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Oct 16, 2018
                              Form ID: 148                 Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db             +Eric N. Gandy,   40 Madison Lane,   Sicklerville, NJ 08081-4409
517599621      +BB&T Company, Bankruptcy Section,   PO Box 1847, 100-50-01-51,   Wilson, NC 27894-1847
517585017      +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
517744824      +Branch Banking And Trust Company,   Weber Gallagher Simpson,   2000 Market Street,   13th Floor,
                 Philadelphia, PA 19103-3297
517585028      +Financial Recoveries,   Attn: Bankruptcy,   Po Box 1388,   Mount Laurel, NJ 08054-7388
517585031      +Quicken Loans,   662 Woodward Avenue,   Detroit, MI 48226-3433
517593048      +Quicken Loans Inc.,   KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517585032      +Raymour & Flanigan,   Attn: Bankruptcy,   Po Box 220,   Liverpool, NY 13088-0220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2018 00:37:13      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2018 00:37:11      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517585018       E-mail/Text: bankruptcy@bbandt.com Oct 17 2018 00:36:39      Bb&t,   Attn: Bankruptcy,
                 Po Box 1847,   Wilson, NC 27894
517585019      +E-mail/Text: bankruptcy@bbandt.com Oct 17 2018 00:36:39      BB&T Corporation,
                 Attn: Bankruptcy Dept,   200 West Second Street,   Winston-Salem, NC 27101-4049
517585020      +EDI: CAPITALONE.COM Oct 17 2018 04:03:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
517644102       EDI: CAPITALONE.COM Oct 17 2018 04:03:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517585021      +E-mail/Text: bankruptcy@cavps.com Oct 17 2018 00:37:28      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,   500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
517695073      +E-mail/Text: bankruptcy@cavps.com Oct 17 2018 00:37:28      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517585022      +EDI: CCS.COM Oct 17 2018 04:03:00      Ccs Collections,   725 Canton St,
                 Norwood, MA 02062-2679
517585023      +EDI: CAUT.COM Oct 17 2018 04:03:00      Chase Auto Finance,   National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
517585024      +E-mail/Text: bankruptcy@connexuscu.org Oct 17 2018 00:37:53      Connexus Cu,   Attn: Bankruptcy,
                 Po Box 8026,   Wausau, WI 54402-8026
517585025      +EDI: RCSFNBMARIN.COM Oct 17 2018 04:03:00      Credit One Bank,   Attn: Bankruptcy,
                 Po Box 98873,   Las Vegas, NV 89193-8873
517585027       EDI: DISCOVER.COM Oct 17 2018 04:03:00      Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
517597898       EDI: DISCOVER.COM Oct 17 2018 04:03:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
517585029      +EDI: PHINGENESIS Oct 17 2018 04:03:00      Mabt - Genesis Retail,   Bankcard Services,
                 Po Box 4477,   Beaverton, OR 97076-4401
517705120       EDI: PRA.COM Oct 17 2018 04:03:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
517585030      +EDI: PRA.COM Oct 17 2018 04:03:00      Portfolio Recovery,   Po Box 41021,
                 Norfolk, VA 23541-1021
517640703       EDI: Q3G.COM Oct 17 2018 04:03:00      Quantum3 Group LLC as agent for,   Aqua Finance,
                 PO Box 788,   Kirkland, WA  98083-0788
517709226      +E-mail/Text: bankruptcyteam@quickenloans.com Oct 17 2018 00:37:29      Quicken Loans Inc.,
                 635 Woodward Avenue,   Detroit, MI 48226-3408
517585033      +EDI: DRIV.COM Oct 17 2018 04:03:00      Santander Consumer USA,   Santander Consumer USA,
                 Po Box 961245,   Fort Worth, TX 76161-0244
517586178      +EDI: RMSC.COM Oct 17 2018 04:03:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517585035      +EDI: RMSC.COM Oct 17 2018 04:03:00      Synchrony Bank/Walmart,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
517696155      +EDI: AIS.COM Oct 17 2018 04:03:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517585026     ##+Cumberland County Prob,   Po Box 636,   Bridgeton, NJ 08302-0438
517585034     ##+Susquehanna Bank Pa,   13511 Label Ln,   Hagerstown, MD 21740-2466
                                                                                 TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 16, 2018
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Eric N. Gandy andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Peter E. Meltzer    on behalf of Creditor    Branch Banking And Trust Company pmeltzer@wglaw.com,
               mrivera@wglaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```